USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05·29·08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

China National Chartering Corporation (Sinochart)
                                      Plaintiff,

- against -

Sinobulk Limited
                                      Defendant.

08 Civ. 4877 (PKL)

08CV4877 (PKL)

## ORDER APPOINTING PROCESS SERVER

Plaintiff, having moved for an Order pursuant to Supplemental Admiralty Rule B(1)(d)(ii) appointing Gotham Process Service or any other person appointed by Gotham Process Service who is over 18 years of age and is not a party to this action, to serve an attachment and garnishment in this matter with respect to defendant, and it appearing that such appointment will result in economies of time and expense,

NOW, on motion of, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP attorneys for Plaintiff, it is

ORDERED, that Gotham Process Service, or any other person appointed by Gotham Process Service, who is over 18 years of age and is not a party to this action, be and hereby is, appointed to serve Process of Maritime Attachment and Garnishment, supplemental process, and a copy of the Verified Complaint on American Express Bank, Bank of America, Bank of China, Bank of New York, Barclays Bank, BNP Paribas, Calyon, Citibank, Credit Suisse First Boston, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank, Union Bank of Switzerland and/or Wachovia Bank and any other garnishees without limitation that may be within this District.

SO ORDERED, this 29th day of May, 2008

_____
U.S.D.J.